**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MATTHEW JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  25-04450 (UNA) |
| | ) | |
| | ) | |
| DOVER DOWNS, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MEMORANDUM OPINION</u>

Plaintiff, appearing *pro se*, has filed a complaint and an application to proceed *in forma pauperis* (IFP).  For the following reasons, the Court grants the IFP application and dismisses the complaint.

Plaintiff, a resident of Greenwood, Delaware, sues Dover Downs in Dover, Delaware. He alleges that the "business of Dover Downs created me, planned to create me, in unquestionably unhealthiest living circumstances-without any way to avoid rape, death, constant duress, H diseases, Black Plague, Scarlet Fever, poaching, mental illness, sequestering, constant taunting, slavery and without sex."  Compl., ECF No. 1 at 4 (Statement of Claim).  Plaintiff seeks "amounts exceeding nine hundred ninety nine trillion" dollars.  *Id*.

Complaints, as here, lacking "an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and "postulating events and circumstances of a wholly fanciful kind," *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981), are frivolous actions subject to dismissal under 28 U.S.C. § 1915(e)(2)(B)(i).  Therefore, this case will be dismissed by separate order.

_____/s/_____
RUDOLPH CONTRERAS
United States District Judge

Date: April 14, 2026